IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PLENNEY P. BARKDULL,                                                              PLAINTIFF
#166596

v.                         3:19CV00189-JM-JTK

SUSAN COX                                                                           DEFENDANT

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 30th day of August, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE